UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                       Chapter 7

CHITTUR & ASSOCIATES, PC,                                          Case No. 16-22704 (RDD)

           Debtor.
-------------------------------------------------------------x

## ORDER DIRECTING KRISHNAN S. CHITTUR, ESQ. TO PROVIDE COMPUTER PASSWORDS TO THE TRUSTEE

Upon the letter of Salvatore LaMonica, Esq., dated March 19, 2018, as counsel for Marianne T. O'Toole, the chapter 7 trustee (the "Trustee") of the above-captioned debtor (the "Debtor") seeking a pre-motion conference for authority to file a motion to compel Krishnan S. Chittur, Esq. ("Mr. Chittur") to provide password and log-in information for the Debtor's computers to the Trustee; and upon Mr. Chittur's letter dated March 20, 2018 in response; and the Court having held a conference thereon on March 23, 2018 at 11:30 a.m. (the "Conference"), at which the Trustee, and her counsel, Salvatore LaMonica, Esq., appeared and Mr. Chittur's counsel, Karamvir Dahiya, Esq. appeared telephonically; and upon the record of and representations made at the Conference, the transcript of which is incorporated herein by reference, and after due consideration the Court having found that the granting of relief provided herein is appropriate under the circumstances; it is hereby

**ORDERED** that pursuant to § 521(a) of the Bankruptcy Code, Mr. Chittur shall immediately provide to the Trustee with the computer passwords and log-in information for all of the Debtor's computers, including, but not limited to, the three desktop computers and one (1) laptop computer located at the Debtor's premises; and it is further

**ORDERED** that the Trustee is authorized to do such things and expend such funds as may be reasonably necessary to effectuate the terms of this Order.

Dated: March 23, 2018
White Plains, New York

/s/ Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge